

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**September 19, 2025 23:31**

Confirmation Nbr. 3621414

NICHOLAS KRUDY                                    CV 25 124953

      vs.

                                    **Judge:** ANTONIO S. NICHOLSON

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,
ET AL

**Pages Filed:** 14

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| NICHOLAS KRUDY<br>PO BOX 527<br>NOVELTY OH 44072 | ) ) ) ) | CASE NO.: |
| | ) | JUDGE: |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| UNIVERSITY HOSPITALS HEALTH<br>SYSTEM, INC.<br>11100 EUCLID AVE<br>CLEVELAND OH 44106 | ) ) ) ) ) | **COMPLAINT**<br><br>JURY DEMAND ENDORSED<br>HEREIN |
| **Serve also:** | ) ) ) | |
| University Hospitals Health System, Inc.<br>c/o C T Corporation System<br>4400 EASTON COMMONS STE 125<br>COLUMBUS OH 43219 | ) ) ) ) ) | |
| -and- | ) ) | |
| UNIVERSITY HOSPITALS CLEVELAND<br>MEDICAL CENTER<br>11100 EUCLID AVENUE<br>CLEVELAND OH 44106 | ) ) ) ) ) | |
| **Serve also:** | ) ) ) | |
| University Hospitals Cleveland Medical<br>Center<br>c/o C T CORPORATION SYSTEM<br>4400 EASTON COMMONS STE 125<br>COLUMBUS OH 43219 | ) ) ) ) ) ) | |
| -and- | ) ) | |
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1375 E 9TH ST STE 2250<br>CLEVELAND OH 44114 | ) ) ) | |

```
        -and-                          )
                                       )
DAVID A. CAMPBELL, III                 )
23814 CLIFF DR                         )
BAY VILLAGE OH 44140                   )
                                       )
        -and-                          )
                                       )
DONALD G. SLEZAK                       )
31196 MUIRFIELD WAY                    )
WESTLAKE OH 44145                      )
                                       )
                    Defendants.        )
```

## INTRODUCTION

Plaintiff Nicholas Krudy brings this civil action for employment retaliation involving abuse of judicial process. After Plaintiff exercised his rights under Title VII, the ADA, and GINA by filing suit and administrative charges, Defendants University Hospitals Health System, Inc. and University Hospitals Cleveland Medical Center, acting through their employment defense counsel, responded by pursuing an ultra vires judicial order. That order interfered with Plaintiff's rights by restricting his ability to communicate with or associate with employees, physicians, officials, and others, without regard to manner, time, place, purpose, or subject-matter. The object and effect of Defendants' conduct was to punish Plaintiff for protected activity, deter witness participation, and obstruct the fair prosecution of his civil rights claims. Defendants attempted to maintain this order for nearly seventeen months. The United States Court of Appeals for the Sixth Circuit ultimately vacated the order as unauthorized. Defendants' conduct has caused harm to Plaintiff's reputation, legal rights, and emotional well-being, and gives rise to liability under both Ohio and federal law. This action is brought not only to redress Plaintiff's individual injuries, but to prevent further misuse of judicial process by Defendants and to ensure that other employees are not subject to similar unlawful discriminatory practices.

## COMPLAINT

Plaintiff Nicholas Krudy, representing himself pro se, for his Complaint against Defendants, states as follows:

## PARTIES

1. Plaintiff Nicholas Krudy is an individual and former employee of Defendants University Hospitals Health System, Inc. and University Hospitals Cleveland Medical Center.

2. Defendant University Hospitals Health System, Inc. ("UHHS") is an Ohio nonprofit corporation and, along with University Hospitals Cleveland Medical Center ("UHCMC"), was Plaintiff's employer at all relevant times. UHHS and UHCMC are collectively referred to as "UH" or "Defendants UH." Defendants UH are responsible for the acts and omissions of their agents, attorneys, and representatives—including Defendants Campbell and Slezak—undertaken within the scope of their authority or in furtherance of Defendants UH's interests.

3. Defendant Lewis Brisbois Bisgaard & Smith LLP ("LBBS") is a national law firm with offices in Ohio, including Cleveland. At all relevant times, LBBS was the employer and principal of Defendants David A. Campbell, III and Donald G. Slezak, each of whom was a partner, attorney, and legal representative of LBBS, and acted as counsel, attorney, and agent for Defendants UH in the matters described herein. LBBS ratified, approved, benefited from, and is vicariously liable for the conduct of Campbell and Slezak as alleged in this Complaint.

4. Defendant David A. Campbell, III ("Campbell") is an attorney licensed in Ohio and a partner of LBBS, who, at all relevant times, acted as attorney, legal representative, and agent for

Defendants UH and LBBS. Campbell is sued in his individual capacity for his own conduct, as well as for actions taken as agent or representative of UH and LBBS.

5. Defendant Donald G. Slezak ("Slezak") is an attorney licensed in Ohio and a partner of LBBS, who, at all relevant times, acted as attorney, legal representative, and agent for Defendants UH and LBBS. Slezak is sued in his individual capacity for his own conduct, as well as for actions taken as agent or representative of UH and LBBS.

## **JURISDICTION, VENUE, AND CONDITIONS PRECEDENT**

6. Jurisdiction and venue are proper in this Court because all relevant events primarily occurred in or around Cuyahoga County, Ohio, and Defendants reside or conduct business in this County.

7. All conditions precedent to the filing of this action, including the exhaustion of administrative remedies before the Ohio Civil Rights Commission and the Equal Employment Opportunity Commission, have been performed or have occurred.

## **FACTS**

8. On August 15, 2022, Plaintiff commenced a civil action against Defendants UH in the United States District Court for the Northern District of Ohio, Case No. 1:22-cv-01455, bringing claims for unlawful discriminatory practices in employment under Title VII, the ADA, and GINA.

9. On or about August 26, 2022, Plaintiff filed a charge with the Ohio Civil Rights Commission against Defendants UH. The charge named Defendant Campbell and Defendant LBBS and noted that Plaintiff had received a Notice of Right to Sue from the EEOC and intended to pursue an action in court on his claims under 4112.02 as soon as possible.

10. Defendants were aware of Plaintiff's OCRC charge and his lawsuit no later than September 16, 2022, as evidenced by their filings in that action.

11. On October 10, 2022, Defendants Campbell and Slezak, acting personally and in the course and scope of their employment with LBBS, prepared, signed, and filed on behalf of UH a motion and supporting materials in federal court seeking a court order that broadly prohibited Plaintiff from communicating with UH officers, employees, or affiliates without any regard to manner, time, place, purpose, or subject-matter.

12. The petition for the order expressly referenced Plaintiff's protected activity in opposing unlawful discriminatory practices, bringing his suit, and his filing of administrative charges, including the charge he filed with the Ohio Civil Rights Commission.

13. On October 11, 2022, the federal district court entered the requested order ex parte, without affording Plaintiff prior notice or an opportunity to be heard.

14. Subsequently, Defendants cited and attempted to rely on the order in other legal and administrative proceedings, using it to influence third parties, deter protected communications, and chill further protected activity.

15. As a direct and proximate result of Defendants' actions, Plaintiff's ability to prosecute his claims, gather evidence, communicate with other individuals, and engage in protected activity was substantially impaired, causing Plaintiff reputational injury, emotional distress, increased litigation costs, and delays in the prosecution of his legal rights.

16. On appeal, the United States Court of Appeals for the Sixth Circuit held that entry of the order exceeded the district court's authority, and directed the district court to vacate the order.

17. Defendants' conduct in seeking to obtain, maintain, enforce, or use the ultra vires order for nearly seventeen months has caused harm to Plaintiff's legal position, reputation, and well-being.

18. Plaintiff has timely filed this action following receipt of Notices of Right to Sue from the Ohio Civil Rights Commission and the Equal Employment Opportunity Commission.

## COUNT ONE

Discrimination in Violation of R.C. 4112.02(I)

(Against All Defendants)

19. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

20. R.C. 4112.02(I) provides that it is an unlawful discriminatory practice for any person to discriminate or retaliate against any person because the person has opposed any unlawful discriminatory practice, filed a charge, or participated in any manner in an investigation, proceeding, or hearing under R.C. Chapter 4112.

21. Defendants UH, Campbell, Slezak, and LBBS, each as a "person" under Ohio law, engaged in unlawful discrimination against Plaintiff on account of his protected activity by seeking to obtain, maintain, enforce,  and use an intentionally overly broad judicial order to suppress Plaintiff's communications, deter witness cooperation, and interfere with Plaintiff's prosecution of his employment discrimination and retaliation claims.

22. As a direct and proximate result of Defendants' acts and omissions, Plaintiff suffered damages including, but not limited to, reputational injury, emotional distress, increased litigation expenses, and impairment of legal rights.

23. Defendants' conduct as alleged herein was undertaken maliciously, with aggravated or egregious fraud, or with a conscious or reckless disregard for Plaintiff's rights, such that Plaintiff is entitled to an award of punitive damages.

## **COUNT TWO**

Aiding and Abetting Discrimination in Violation of R.C. 4112.02(J)

(Against All Defendants)

24. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

25. R.C. 4112.02(J) provides that it is an unlawful discriminatory practice for any person to aid, abet, incite, compel, or coerce the doing of any act declared by R.C. Chapter 4112 to be an unlawful discriminatory practice, or to attempt to do so.

26. Defendants UH, Campbell, Slezak, and LBBS, each as a "person" under Ohio law, aided, abetted, incited, compelled, or coerced the discrimination against Plaintiff by jointly participating in, facilitating, and attempting to enforce the overbroad court order in retaliation for Plaintiff's protected activity, or in an attempt to interfere with his exercise of protected rights.

27. As a direct and proximate result of Defendants' acts and omissions, Plaintiff suffered damages including, but not limited to, reputational injury, emotional distress, increased litigation expenses, and impairment of legal rights.

28. Defendants' discriminatory conduct as alleged herein was undertaken maliciously, with aggravated or egregious fraud, or with a conscious or reckless disregard for Plaintiff's rights under R.C. Chapter 4112, such that Plaintiff is entitled to an award of punitive damages.

## COUNT THREE

Retaliation

in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a)

(Against Defendants UH Only)

29. Plaintiff incorporates paragraphs 1.-18. as if fully set forth herein.

30. Defendants UH, with knowledge of Plaintiff's protected activity, intentionally sought and obtained a sweeping court order, and subsequently relied on and attempted to enforce said order, in a manner designed to interfere with and retaliate against Plaintiff's exercise of rights protected by Title VII.

31. Defendants' acts—including seeking, maintaining, and attempting to enforce an overly broad judicial order restricting Plaintiff's communications and associations—constitute a materially adverse action as defined by Burlington Northern & Santa Fe Ry. Co. v. White, 548 U.S. 53 (2006), because such conduct would dissuade a reasonable employee from making or supporting a charge of discrimination.

32. As a direct and proximate result of Defendants UH's unlawful retaliation, Plaintiff suffered damages including, but not limited to, reputational injury, emotional distress, increased litigation expenses, and impairment of legal rights.

33. Defendants UH's conduct as alleged herein was undertaken with malice or with reckless indifference to Plaintiff's protected rights, entitling Plaintiff to an award of punitive damages.

## COUNT FOUR

Retaliation

in Violation of the Americans with Disabilities Act, 42 U.S.C. § 12203

(Against Defendants UH Only)

34. Plaintiff incorporates paragraphs 1.-18. as if fully set forth herein.

35. The ADA prohibits employers from discriminating or retaliating against any individual for opposing acts or practices made unlawful by the ADA or for participating in an investigation, proceeding, or hearing under the ADA.

36. Plaintiff engaged in protected activity by filing charges and a lawsuit alleging violations of the ADA.

37. Defendants UH, with knowledge of Plaintiff's protected activity, intentionally sought and obtained a sweeping court order, and subsequently relied on and attempted to enforce said order, in a manner designed to interfere with and retaliate against Plaintiff's exercise of rights protected by the ADA.

38. The acts alleged—including seeking, maintaining, and attempting to enforce an overly broad judicial order restricting Plaintiff's communications and associations—constitute materially adverse actions under the ADA, because such conduct would dissuade a reasonable person from making or supporting a charge of discrimination. See *Burlington Northern & Santa Fe Ry. Co. v. White*, 548 U.S. 53 (2006).

39. As a direct and proximate result of Defendants UH's unlawful retaliation, Plaintiff suffered damages including, but not limited to, reputational injury, emotional distress, increased litigation expenses, and impairment of legal rights.

40. Defendants UH's conduct as alleged herein was undertaken with malice or with reckless indifference to Plaintiff's protected rights, entitling Plaintiff to an award of punitive damages.

## COUNT FIVE

Retaliation

in Violation of the Genetic Information Nondiscrimination Act, 42 U.S.C. § 2000ff-6(f)

(Against Defendants UH Only)

41. Plaintiff incorporates paragraphs 1.-18. as if fully set forth herein.

42. The GINA prohibits employers from discriminating or retaliating against any individual for opposing acts or practices made unlawful by GINA or for participating in an investigation, proceeding, or hearing under GINA.

43. Plaintiff engaged in protected activity by filing charges and a lawsuit alleging violations of GINA.

44. Defendants UH, with knowledge of Plaintiff's protected activity, intentionally sought and obtained a sweeping court order, and subsequently relied on and attempted to enforce said order, in a manner designed to interfere with and retaliate against Plaintiff's exercise of rights protected by GINA.

45. The acts alleged—including seeking, maintaining, and attempting to enforce an overly broad judicial order restricting Plaintiff's communications and associations—constitute materially adverse actions under GINA, because such conduct would dissuade a reasonable person from making or supporting a charge of discrimination. See *Burlington Northern & Santa Fe Ry. Co. v. White*, 548 U.S. 53 (2006).

46. As a direct and proximate result of Defendants UH's unlawful retaliation, Plaintiff suffered damages including, but not limited to, reputational injury, emotional distress, increased litigation expenses, and impairment of legal rights.

47. Defendants UH's conduct as alleged herein was undertaken with malice or with reckless indifference to Plaintiff's protected rights, entitling Plaintiff to an award of punitive damages.

## COUNT SIX

Interference, Coercion, or Intimidation

in Violation of the Americans with Disabilities Act, 42 U.S.C. § 12203(b)

(Against Defendants UH Only)

48. Plaintiff incorporates all preceding paragraphs 1.-18. as if fully set forth herein.

49. The Americans with Disabilities Act prohibits employers from coercing, intimidating, threatening, or interfering with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by the ADA. 42 U.S.C. § 12203(b).

50. Plaintiff has exercised and sought to exercise rights granted and protected by the ADA, including the right to be free from discrimination and to pursue relief through administrative and judicial proceedings.

51. Defendants UH, with knowledge of Plaintiff's exercise of ADA rights, intentionally and unlawfully sought, obtained, and attempted to enforce a broad court order in federal court that prohibited Plaintiff from communicating with UH employees and affiliates. This conduct had the purpose and effect of interfering with, intimidating, coercing, and chilling Plaintiff's exercise and enjoyment of rights under the ADA, including but not limited to the right to oppose unlawful discriminatory practices and participate in administrative or judicial processes to seek redress.

52. As a direct and proximate result of Defendants UH's interference, intimidation, and coercion, Plaintiff suffered damages including, but not limited to, reputational injury, emotional distress, increased litigation expenses, and impairment of legal rights.

53. Defendants UH's conduct as alleged herein was undertaken with malice or with reckless indifference to Plaintiff's protected rights, entitling Plaintiff to an award of punitive damages.

## PRAYER FOR RELIEF

Plaintiff Nicholas Krudy prays for the following relief:

A. Compensatory damages in excess of Twenty-Five Thousand Dollars ($25,000) for emotional distress, reputational injury, and all other harm proximately caused by Defendants' conduct;

B. Punitive damages against Defendants as permitted by Ohio law and federal law;

C. A declaration that Defendants' conduct as alleged, including seeking to obtain, maintain, enforce, and use an unlawful ultra vires judicial order—which was vacated after the United States Court of Appeals for the Sixth Circuit determined it was unauthorized as a matter of law—constituted unlawful discrimination or retaliation in violation of R.C. 4112.02, Title VII, the ADA, and GINA;

D. Injunctive relief as necessary to prevent further retaliation or related conduct;

E. The costs of this action; and

F. For such other and further relief as the Court deems just and proper.


Dated: September 19, 2025                          Respectfully submitted,

                                                    /s/ Nicholas Krudy

                                                    Nicholas Krudy

                                                    Plaintiff, self-represented


                                                    Nicholas Krudy
                                                    PO Box 527
                                                    Novelty, OH 44072-0572

                                                    Tel: 330-732-5001

                                                    Email: john@johnkoe.org

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all issues so triable.

/s/ Nicholas Krudy

Nicholas Krudy

Plaintiff, self-represented

## ENDORSEMENT TO THE CLERK

Please issue and serve Summons together with a copy of the Complaint upon the Defendants at the addresses given in the caption by certified mail, in accordance with the Civil Rules. Please notify the undersigned immediately if service is not obtained.

/s/ Nicholas Krudy
Nicholas Krudy

Plaintiff, self-represented

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

NICHOLAS KRUDY
**Plaintiff**

V.

UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC., ET AL
**Defendant**

**CASE NO.**  CV25124953

**JUDGE**  ANTONIO S NICHOLSON

# SUMMONS  SUMC  CM

**Notice ID:**  58196544

| From: | NICHOLAS KRUDY | P1 |
|---|---|---|
| | PO BOX 527 | |
| | NOVELTY OH 44702 | |

| Atty.: | NICHOLAS KRUDY |
|---|---|
| | PO BOX 527 |
| | NOVELTY, OH 44702 |

| To: | DAVID A CAMPBELL III | D4 |
|---|---|---|
| | 23814 CLIFF DR | |
| | BAY VILLAGE OH 44140 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By _____
                    **Deputy**

**Date Sent:** 09/22/2025

CMSN130

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

NICHOLAS KRUDY
**Plaintiff**

V.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., ET AL
**Defendant**

**CASE NO.**  CV25124953

**JUDGE**  ANTONIO S NICHOLSON

# SUMMONS  SUMC  CM

**Notice ID:**  58196545

| From: | NICHOLAS KRUDY | P1 |
| | PO BOX 527 | |
| | NOVELTY OH 44702 | |

| Atty.: | NICHOLAS KRUDY |
| | PO BOX 527 |
| | NOVELTY, OH 44702 |

| To: | DONALD G SLEZAK | D5 |
| | 31196 MUIRFIELD WAY | |
| | WESTLAKE OH 44145 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By _____
**Deputy**

**Date Sent:** 09/22/2025

CMSN130



UNITED STATES
POSTAL SERVICE

Date Produced: 09/29/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 1768 81. Our records indicate that this item was delivered on 09/26/2025 at 01:37 p.m. in WESTLAKE, OH 44145. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Viktoriya Slezak*

Address of Recipient :

*31196 Muirfield*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      Case   CV25124953
CV25124953 / 58196545 / SLEZAK/DONALD/G / 2025-10-1 05:18  Sent To:  31196 MUIRFIELD WAY  WESTLAKE, OH 44145

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

NICHOLAS KRUDY
**Plaintiff**

V.

UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC., ET AL
**Defendant**

**CASE NO.**  CV25124953

**JUDGE**  ANTONIO S NICHOLSON

# SUMMONS    SUMC   CM

**Notice ID:**  58196543

| From: | NICHOLAS KRUDY<br>PO BOX 527<br>NOVELTY OH 44702 | P1 |
|---|---|---|

| Atty.: | NICHOLAS KRUDY<br>PO BOX 527<br>NOVELTY, OH 44702 |
|---|---|

| To: | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1375 E 9TH ST STE 2250<br>CLEVELAND OH 44114 | D3 |
|---|---|---|

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 09/22/2025

**By**_____
**Deputy**

CMSN130

UNITED STATES
POSTAL SERVICE™

Date Produced: 09/29/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 1768 67. Our records indicate that this item was delivered on 09/26/2025 at 10:41 a.m. in CLEVELAND, OH 44114. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        Case   CV25124953

CV25124953 / 58196543 / LEWIS BRISBOIS BISGAARD & SMITH LLP / 2025-10-1 05:18  Sent To:  1375 E 9TH ST STE 2250  CLEVELAND, OH 44114

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

NICHOLAS KRUDY
**Plaintiff**

V.

UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC., ET AL
**Defendant**

**CASE NO.**  CV25124953

**JUDGE**  ANTONIO S NICHOLSON

# SUMMONS  SUMC  CM

**Notice ID:**  58196542

| From: | NICHOLAS KRUDY | P1 |
|---|---|---|
| | PO BOX 527 | |
| | NOVELTY OH 44702 | |

| Atty.: | NICHOLAS KRUDY |
|---|---|
| | PO BOX 527 |
| | NOVELTY, OH 44702 |

| To: | UNIVERSITY HOSPITALS CLEVELAND | D2 |
|---|---|---|
| | MEDICAL CENTER | |
| | C/O C T CORPORATION SYSTEM | |
| | 4400 EASTON COMMONS STE 125 | |
| | COLUMBUS OH 43219-0000 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>09/22/2025</u>

By_____
**Deputy**

CMSN130

Date Produced: 10/06/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 1768 50. Our records indicate that this item was delivered on 09/29/2025 at 10:33 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:       Case   CV25124953

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

NICHOLAS KRUDY
**Plaintiff**

V.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., ET AL
**Defendant**

**CASE NO.**  CV25124953

**JUDGE**  ANTONIO S NICHOLSON

# SUMMONS   SUMC   CM

**Notice ID:**   58196541



| From: | NICHOLAS KRUDY | P1 |
| | PO BOX 527 | |
| | NOVELTY OH 44702 | |

| Atty.: | NICHOLAS KRUDY |
| | PO BOX 527 |
| | NOVELTY, OH 44702 |

| To: | UNIVERSITY HOSPITALS CLEVELAND | D2 |
| | MEDICAL CENTER | |
| | 11100 EUCLID AVE | |
| | CLEVELAND OH 44106 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By _____
**Deputy**

Date Sent: 09/22/2025

CMSN130

POSTAL SERVICE™

Date Produced: 09/29/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 1768 36. Our records indicate that this item was delivered on 09/26/2025 at 08:52 a.m. in CLEVELAND, OH 44103. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     Case   CV25124953

CV25124953 / 58196541 / UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER / 2025-10-1 05:18   Sent To:  11100 EUCLID AVE  CLEVELAND, OH 44106

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

NICHOLAS KRUDY
**Plaintiff**

V.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., ET AL
**Defendant**

**CASE NO.** CV25124953

**JUDGE** ANTONIO S NICHOLSON

# SUMMONS  SUMC  CM

Notice ID:  58196540



| From: | NICHOLAS KRUDY | P1 |
| | PO BOX 527 | |
| | NOVELTY OH 44702 | |

| Atty.: | NICHOLAS KRUDY |
| | PO BOX 527 |
| | NOVELTY, OH 44702 |

| To: | UNIVERISTY HOSPITALS HEALTH SYSTEM, | D1 |
| | INC. | |
| | C/O CT CORPORATION SYSTEM | |
| | 4400 EASTON COMMONS STE 125 | |
| | COLUMBUS OH 43219-0000 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 09/22/2025

By _____
**Deputy**

CMSN130

Date Produced: 10/06/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 1768 29. Our records indicate that this item was delivered on 09/29/2025 at 10:33 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     Case   CV25124953
CV25124953 / 58196540 / UNIVERISTY HOSPITALS HEALTH SYSTEM, INC. / 2025-10-8 05:13   Sent To:  C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS STE 125 COLUMBU

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

<u>NICHOLAS KRUDY</u>
**Plaintiff**

V.

<u>UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC., ET AL</u>
**Defendant**

**CASE NO.**  CV25124953

**JUDGE**  ANTONIO S NICHOLSON

# SUMMONS  SUMC  CM

**Notice ID:**  58196539



| From: | NICHOLAS KRUDY | P1 |
|---|---|---|
| | PO BOX 527 | |
| | NOVELTY OH 44702 | |

| Atty.: | NICHOLAS KRUDY |
|---|---|
| | PO BOX 527 |
| | NOVELTY, OH 44702 |

| To: | UNIVERISTY HOSPITALS HEALTH SYSTEM, | D1 |
|---|---|---|
| | INC. | |
| | 11100 EUCLID AVE | |
| | CLEVELAND OH 44106 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
**Deputy**

Date Sent: <u>09/22/2025</u>

CMSN130

Date Produced: 09/29/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 1768 05. Our records indicate that this item was delivered on 09/26/2025 at 08:52 a.m. in CLEVELAND, OH 44103. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      Case   CV25124953

CV25124953 / 58196539 / UNIVERISTY HOSPITALS HEALTH SYSTEM, INC. / 2025-10-1 05:18  Sent To:  11100 EUCLID AVE  CLEVELAND, OH 44106

# CASE INFORMATION

## CV-25-124953 NICHOLAS KRUDY vs. UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., ET AL



Case Summary  |  Docket  |  Parties  |  Costs  |  Service  |  Images  |  All

Printer Friendly Version

Docket Information

| From Date | Type | Type | Type | Type | Search | |
|---|---|---|---|---|---|---|

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 10/16/25 | D4 | SR | SUMS COMPLAINT(58416363) SENT BY REGULAR MAIL SERVICE. TO: DAVID A CAMPBELL III 23814 CLIFF DR BAY VILLAGE, OH 44140 ANSWER DATE: 11/12/2025 | 📄 |
| 10/15/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/15/25 | D4 | CS | WRIT FEE | |
| 10/14/25 | P1 | SR | REQUEST FOR SERVICE FILED REQUEST FOR ORDINARY MAIL SERVICE ON DEFENDANT DAVID A CAMPBELL, III | 📄 |
| 10/12/25 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 58196544 RETURNED 10/11/2025 FAILURE OF SERVICE ON DEFENDANT CAMPBELL III/DAVID/A - UNCLAIMED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 10/08/25 | N/A | SR | USPS RECEIPT NO. 58196542 DELIVERED BY USPS 09/29/2025 UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER PROCESSED BY COC 10/08/2025. | |
| 10/08/25 | N/A | SR | USPS RECEIPT NO. 58196540 DELIVERED BY USPS 09/29/2025 UNIVERISTY HOSPITALS HEALTH SYSTEM, INC. PROCESSED BY COC 10/08/2025. | |
| 10/01/25 | N/A | SR | USPS RECEIPT NO. 58196545 DELIVERED BY USPS 09/26/2025 SLEZAK/DONALD/G PROCESSED BY COC 10/01/2025. | |
| 10/01/25 | N/A | SR | USPS RECEIPT NO. 58196543 DELIVERED BY USPS 09/26/2025 LEWIS BRISBOIS BISGAARD & SMITH LLP PROCESSED BY COC 10/01/2025. | |
| 10/01/25 | N/A | SR | USPS RECEIPT NO. 58196541 DELIVERED BY USPS 09/26/2025 UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER PROCESSED BY COC 10/01/2025. | |
| 10/01/25 | N/A | SR | USPS RECEIPT NO. 58196539 DELIVERED BY USPS 09/26/2025 UNIVERISTY HOSPITALS HEALTH SYSTEM, INC. PROCESSED BY COC 10/01/2025. | |
| 09/23/25 | D5 | SR | SUMS COMPLAINT(58196545) SENT BY CERTIFIED MAIL. TO: DONALD G SLEZAK 31196 MUIRFIELD WAY WESTLAKE, OH 44145 | 📄 |
| 09/23/25 | D4 | SR | SUMS COMPLAINT(58196544) SENT BY CERTIFIED MAIL. TO: DAVID A CAMPBELL III 23814 CLIFF DR BAY VILLAGE, OH 44140 | 📄 |
| 09/23/25 | D3 | SR | SUMS COMPLAINT(58196543) SENT BY CERTIFIED MAIL. TO: LEWIS BRISBOIS BISGAARD & SMITH LLP 1375 E 9TH ST STE 2250 CLEVELAND, OH 44114 | 📄 |
| 09/23/25 | D2 | SR | SUMS COMPLAINT(58196542) SENT BY CERTIFIED MAIL. TO: UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER C/O C T CORPORATION SYSTEM 4400 EASTON COMMONS STE 125 COLUMBUS, OH 43219-0000 | 📄 |
| 09/23/25 | D2 | SR | SUMS COMPLAINT(58196541) SENT BY CERTIFIED MAIL. TO: UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER 11100 EUCLID AVE CLEVELAND, OH | 📄 |

| | | | | |
|---|---|---|---|---|
| | | | 44106 | |
| 09/23/25 | D1 | SR | SUMS COMPLAINT(58196540) SENT BY CERTIFIED MAIL. TO: UNIVERISTY HOSPITALS HEALTH SYSTEM, INC. C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS STE 125 COLUMBUS, OH 43219-0000 | 📄 |
| 09/23/25 | D1 | SR | SUMS COMPLAINT(58196539) SENT BY CERTIFIED MAIL. TO: UNIVERISTY HOSPITALS HEALTH SYSTEM, INC. 11100 EUCLID AVE CLEVELAND, OH 44106 | 📄 |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | D5 | CS | WRIT FEE | |
| 09/22/25 | D4 | CS | WRIT FEE | |
| 09/22/25 | D3 | CS | WRIT FEE | |
| 09/22/25 | D2 | CS | WRIT FEE | |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/25 | D2 | CS | WRIT FEE | |
| 09/22/25 | D1 | CS | WRIT FEE | |
| 09/22/25 | D1 | CS | WRIT FEE | |
| 09/22/25 | N/A | SF | JUDGE ANTONIO S NICHOLSON ASSIGNED (RANDOM) | |
| 09/22/25 | P1 | SF | LEGAL RESEARCH | |
| 09/22/25 | P1 | SF | LEGAL NEWS | |
| 09/22/25 | P1 | SF | LEGAL AID | |
| 09/22/25 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 09/22/25 | P1 | SF | COMPUTER FEE | |
| 09/22/25 | P1 | SF | CLERK'S FEE | |
| 09/22/25 | P1 | SF | DEPOSIT AMOUNT PAID PRO SE | |
| 09/19/25 | N/A | SF | CASE FILED: COMPLAINT, SERVICE REQUEST | 📄 |

Copyright © 2025 PROWARE. All Rights Reserved. 1.1.796