**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | |
|---|---|
| NICHOLAS KRUDY, | Case No. CV-25-124953 |
| Plaintiff, | Judge Antonio S. Nicholson |
| vs. | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., ET AL. | **NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT** |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, Lewis Brisbois Bisgaard & Smith LLP, David A. Campbell, III, and Donald G. Slezak (collectively, "Defendants"), by and through counsel, hereby give notice of their filing a *Notice of Removal* of this action in the United States District Court for the Northern District of Ohio, on October 23, 2025. A copy of the *Notice of Removal* is attached. Pursuant to 28 U.S.C. § 1446(d), this Notice "shall effect the removal and the State court shall proceed no further unless and until the case is remanded" by the federal court.

Respectfully submitted,

/s/ *David A. Campbell*
David A. Campbell (0066494)
Donald Slezak (0092422)
**Gordon Rees Scully Mansukhani, LLP**
127 Public Square, Suite 5130
Cleveland, OH 44114
T: (216) 302-2531
F: (614) 360-2130
dcampbell@grsm.com
dslezak@grsm.com

*Attorneys for Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, David A Campbell, III and Donald G. Slezak*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via electronic delivery pursuant to Civ. R. 5(b)(2)(F) or via regular U.S. mail pursuant to Civ. R. 5(b)(c) on the following this 23 day of October 2025:

Nicholas Krudy
PO Box 527
Novelty, OH 44072-0572
T: 330-732-5001
john@johnkoe.org
*Self-represented Plaintiff*

A copy of this filing will also be served upon counsel for Lewis Brisbois Bisgaard & Smith LLP.

Respectfully submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)

*One of the attorneys for Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, David A Campbell, III and Donald G. Slezak*