# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Nicholas Krudy,** | Case No. 1:25-cv-02291 |
| Plaintiff, | Judge Pamela A. Barker |
| v. | ORDER OF RECUSAL |
| **University Hospitals Health System, Inc., et al.** | |
| Defendants, | |

Pursuant to 28 U.S.C. 455 and General Order 2009-3, the Court hereby recuses herself from the above-captioned matter. The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

Date: October 24, 2025

s/*Pamela A. Barker*
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE