IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS KRUDY, | ) | |
| | ) | |
| Plaintiff / Counter-Defendant | ) | Case No. 1:25-cv-02291 |
| | ) | |
| v. | ) | Judge Patricia A. Gaughan |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | ) ) ) | |
| | ) | |
| Defendants / Counterclaimants | ) | |

**COUNTER-DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiff and Counterclaim-Defendant Nicholas Krudy, proceeding pro se, respectfully moves the Court under Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time to respond to the counterclaims filed in this action. In support, he states as follows:

**I. BACKGROUND**

1. This action was removed from the Cuyahoga County Court of Common Pleas on October 23, 2025. (ECF No. 1.)

2. On October 30, 2025, Defendants University Hospitals Health System, Inc. ("UHHS"), University Hospitals Cleveland Medical Center ("UHCMC"), David A. Campbell, III, and Donald G. Slezak filed their Answer to Complaint and Counter-Claim. (ECF No. 4.) That same day, Defendant Lewis Brisbois Bisgaard & Smith LLP ("Lewis Brisbois") filed its Answer to Complaint, with Counterclaim. (ECF No. 5.)

- 1 -

3. The counterclaims asserted in ECF Nos. 4 and 5, together with the incorporated factual allegations and attached exhibits, are lengthy and complex. They span numerous pages, reach back several years, and interweave allegations relating to:

- prior federal lawsuits in this District;
- a pending federal declaratory-judgment action;
- prior state-court proceedings in Cuyahoga County
- multiple administrative charges and agency proceedings.

4. The counterclaims also seek extraordinary equitable relief, including a declaratory judgment labeling Dr. Krudy a "vexatious litigator" in federal court and a sweepingly broad injunctive restrictions on his ability to file future charges or lawsuits in multiple forums, against multiple categories of persons and entities.

5. Dr. Krudy of filings by mail rather than electronic notification. The Answer and Counter-Claim (ECF No. 4) and the Answer, with Counterclaim (ECF No. 5) were filed on October 30, 2025; allowing for the time computation in Rules 6(a) and 6(d), his current deadline to respond to the counterclaims is November 24, 2025.

6. In addition to this action, Dr. Krudy is currently managing overlapping litigation and appellate deadlines in related matters involving many of the same parties, factual allegations, and legal questions. He is also in the process of evaluating potential representation with respect to this case.

7. In light of the scope of the counterclaims, the overlapping proceedings, and his pro se status, Dr. Krudy respectfully requests that his deadline to respond to the counterclaims be

extended from November 24, 2025 to January 15, 2026, for all responsive pleadings (whether by answer and/or motion under Rule 12).

8. This is Dr. Krudy's first request for additional time to respond to Defendants' counterclaims.

9. On November 21, 2025, Dr. Krudy emailed counsel for Defendants to request their consent to a stipulated extension of the response deadline. As of the filing of this motion, Defendants have not responded to that request. If the Court wishes, Dr. Krudy can provide a copy of the email correspondence.

**II. ARGUMENT**

10. Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court, for good cause, to extend the time when an act may or must be done "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

11. Good cause exists here. This motion is filed before the current November 24, 2025 deadline. The counterclaims are unusually expansive in both length and scope, assert significant prospective and equitable relief affecting Dr. Krudy's ability to access courts and agencies, and are intertwined with prior federal and state proceedings. Preparing a meaningful response requires careful review and coordination with those overlapping records and procedural histories.

12. Dr. Krudy is a pro se litigant, simultaneously managing other litigation and appellate obligations in state court. He is also actively evaluating potential counsel. A modest extension into mid-January will allow him either to secure representation or, if he remains pro se, to prepare a focused and efficient response that will assist the Court in narrowing and addressing the issues presented by the counterclaims.

13.     The requested extension is reasonable in length under the circumstances and will not prejudice Defendants. This is a first request. The Court has issued a Case Management Conference Scheduling Order setting a telephonic Case Management Conference for December 4, 2025. (ECF No. 7.) No Rule 16 case management plan or discovery and dispositive-motion deadlines have yet been entered that would be affected by a brief extension of the time to respond to the counterclaims.

14.     Granting this extension will promote the "just, speedy, and inexpensive determination" of the action, Fed. R. Civ. P. 1, by ensuring that the pleadings clearly frame the issues before the Court expends resources on case management and motion practice. By contrast, denying an extension would risk a rushed, less coherent response to an unusually broad set of counterclaims seeking significant prospective relief, which would not benefit the Court or the parties.

15.     For all of these reasons, good cause exists under Rule 6(b)(1)(A) to extend Dr. Krudy's deadline to respond to Defendants' counterclaims to January 15, 2026.

## III. REQUESTED RELIEF

Based on the foregoing, Dr. Krudy respectfully requests that the Court (1) GRANT this Motion; EXTEND his deadline to respond to the counterclaims asserted in ECF Nos. 4 and 5 to January 15, 2026; and GRANT such other and further relief as the Court deems just and proper.

Dated: November 21, 2025

Respectfully submitted,

/s/ Nicholas Krudy

Nicholas Krudy

PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001

Email: john@johnkoe.org

Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I submitted the foregoing Counter-Defendant's Motion for Extension of Time to Respond with the Clerk of Court for the United States District Court for the Northern District of Ohio for filing. Once the Clerk scans and uploads this document to the CM/ECF system, notice of electronic filing will be sent by the CM/ECF system to all counsel of record who are system users:

David A. Campbell, III | dcampbell@grsm.com
Donald G. Slezak | dslezak@grsm.com

Gordon Rees Scully Mansukhani, LLP

Ryan K. Rubin | ryan.rubin@lewisbrisbois.com

Lewis Brisbois Bisgaard & Smith LLP

/s/ Nicholas Krudy
Nicholas Krudy