IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| NICHOLAS KRUDY, ) | |
| ) | |
| Plaintiff. ) | Case No. 1:25-cv-02291 |
| ) | |
| v. ) | Judge Patricia A. Gaughan |
| ) | |
| UNIVERSITY HOSPITALS HEALTH ) | |
| SYSTEM, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY (PRO SE)**

Plaintiff, Nicholas Krudy ("Plaintiff"), proceeding pro se respectfully moves this Court for leave to register as a filing user in the Court's Case Management/Electronic Case Filing ("CM/ECF") system in this case only, pursuant to Federal Rule of Civil Procedure 5 and Local Civil Rule 5.1, as implemented by the Court's Electronic Filing Policies and Procedures Manual.

In support of this Motion, Plaintiff states as follows:

1. I am the Plaintiff in this civil action and am currently proceeding without counsel (pro se). I am not incarcerated.

2. I understand that, under Local Civil Rule 5.1 and the Court's Electronic Filing Policies and Procedures, electronic filing is ordinarily reserved for registered attorneys, and that pro se litigants generally file in paper form unless the Court grants specific permission to file electronically.

- 1 -

- 2 -

3. I further understand that the Court has discretion to permit a pro se litigant to file electronically upon a showing that the litigant is willing and able to comply with the Court's rules and electronic filing requirements, and that any such permission may be revoked at any time.

4. I have access to:

    (a) a computer with a reliable Internet connection;

    (b) software or tools to create and view PDF documents; and

    (c) a scanner or other means to convert paper documents to PDF format for filing.

5. I either already have, or will promptly obtain, a PACER account and will submit the required CM/ECF registration request for the Northern District of Ohio through PACER's NextGen system, in accordance with the instructions on the Court's website.

6. I understand that, if this Motion is granted:

    (a) I must file all documents in this case electronically through CM/ECF, unless otherwise ordered by the Court;

    (b) I will receive notices of electronic filing at the email address I provide to the Court and through my PACER/CM/ECF account; and

    (c) I must keep my mailing address, email address, and telephone number current with the Court and in my PACER/CM/ECF profile.

- 3 -

7. I also understand that I remain fully responsible for knowing and complying with:

    (a) the Federal Rules of Civil Procedure;

    (b) the Local Civil Rules of the Northern District of Ohio; and

    (c) the Court's Electronic Filing Policies and Procedures Manual.

8. Allowing me to file electronically will promote efficiency in this case by:

    (a) reducing delays associated with mailing and processing paper filings;

    (b) ensuring that all parties receive filings promptly; and

    (c) reducing the administrative burden and costs associated with physical filing and service.

For the reasons above, Plaintiff respectfully requests that the Court grant this Motion and enter the accompanying Proposed Order authorizing Plaintiff to register as a filing user of the CM/ECF system in this matter, and grant such other and further relief as the Court deems just and proper.

Dated: November 21, 2025

Respectfully submitted,

/s/ Nicholas Krudy

Nicholas Krudy
PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001

Email: john@johnkoe.org

Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I submitted the foregoing Plaintiff's Motion for Leave to File Electronically to the Clerk of Court for the United States District Court for the Northern District of Ohio for filing. Once the Clerk scans and uploads this document to the CM/ECF system, notice of electronic filing will be sent by the CM/ECF system to all counsel of record who are system users:

David A. Campbell, III | dcampbell@grsm.com
Donald G. Slezak  | dslezak@grsm.com

Gordon Rees Scully Mansukhani, LLP


Ryan K. Rubin   | ryan.rubin@lewisbrisbois.com

Lewis Brisbois Bisgaard & Smith LLP

/s/ Nicholas Krudy
Nicholas Krudy