UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS KRUDY, | ) | CASE NO.  1:25-CV-2291 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | **CONSENT TO TRANSFER AND** |
| UNIVERSITY HOSPITALS HEALTH | ) | **ORDER OF TRANSFER OF A** |
| SYSTEM, *et al.*, | ) | **RELATED CASE** |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 3.1(b)(3), a case may be transferred as related to an earlier

assigned case only with the concurrence of both the transferee and the transferor judges.

The undersigned are the transferee and the transferor judges, each of whom hereby

consents to the transfer.

s/ Patricia A. Gaughan
UNITED STATES DISTRICT JUDGE
Transferor Judge


s/ Dan Aaron Polster
UNITED STATES DISTRICT JUDGE
Transferee Judge

**IT IS ORDERED** that Case No. 1:25-CV-2291 is transferred to the docket of Judge Dan

Aaron Polster as a case related to Case No. 1:22-CV-1455.


Date: November 24, 2025

s/ Patricia A. Gaughan
UNITED STATES DISTRICT JUDGE
Transferor Judge