UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS KRUDY, | ) Case No. 1:25CV2291 |
| Plaintiffs, | ) |
| v. | ) JUDGE DAN AARON POLSTER |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | ) CONSENT TO TRANSFER AND ORDER OF TRANSFER OF A RELATED CASE |
| Defendants. | ) |

Pursuant to Local Rule 3.1(b)(3), a case may be transferred as related to an earlier assigned case only with the concurrent of both the transferee and the transferor judges.

The undersigned are the transferee and the transferor judges, each of whole hereby consents to the transfer.

*s/Dan Aaron Polster*
UNITED STATES DISTRICT JUDGE
Transferor Judge

*s/David A. Ruiz*
UNITED STATES DISTRICT JUDGE
Transferee Judge

IT IS THEREFOR ORDERED that Case No. 1:25cv2291 is transferred to the docket of Judge David A. Ruiz as a case related to Case No. 1:25cv339.

*s/ Dan Aaron Polster        11/26/2025*
UNITED STATES DISTRICT JUDGE
Transferor Judge