**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS KRUDY, | CASE NO.: 1:25-cv-02291-DAR |
| Plaintiff, | JUDGE: DAVID A. RUIZ |
| v. | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | **MOTION FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO CIVIL RULE 55(a) AGAINST PLAINTIFF NICHOLAS KRUDY ON THE COUNTERCLAIM FILED BY DEFENDANT, LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Defendant Lewis Brisbois Bisgaard & Smith LLP ("Defendant"), by and through undersigned counsel, respectfully apply for the Clerk's entry of default against Plaintiff Nicholas Krudy ("Plaintiff") on Defendant's Counterclaim [ECF No. 5]. Defendant filed its Counterclaim on October 30, 2025. [ECF No. 5]. As of this date, Plaintiff has failed to answer the Counterclaim.

Plaintiff initially sought an extension of time to move or plead to Defendant's Counterclaim on November 21, 2025. [ECF No. 8]. The motion was not ruled upon until February 9, 2026. [ECF No. 12]. The February 9, 2026 Order granted the following extension: "Plaintiff shall have 14 days from the Order date to file an Answer to the Counterclaims (R. 4)." [ECF No. 12, pg. 3]. Based on the Order, Plaintiff had until February 23, 2026 to move or plead to the Counterclaim. [ECF No. 12, pg. 3]. As of February 27, 2026, Plaintiff has failed to answer the Counterclaim and he has not filed another motion for extension of time. [Docket].

Based on Plaintiff's failure to timely move or plead, Rule 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend,

172104261.1  1

and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." An entry of default pursuant to Rule 55(a) by the clerk is the first step in obtaining a default judgment against a non-answering defendant. *See Equity Trust Company v. Deanna Martin, et al.,* No. 1:22-cv-01004, 2022 WL 4281372 (N.D. Ohio Aug. 19, 2022) (Judge David A. Ruiz). The facts set forth above are set forth in the Declaration of Ryan K. Rubin, attached as Exhibit A.

WHEREFORE, Defendant respectfully request that the Clerk enter the default of Plaintiff Nicholas Krudy pursuant to Civil Rule 55(a).

Respectfully Submitted,

*/s/ Ryan K. Rubin*
Ryan K. Rubin (0077367)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel. 216.344.9422 / Fax 216.344.9421
Ryan.Rubin@lewisbrisbois.com
*Counsel for Defendant Lewis Brisbois Bisgaard & Smith LLP*

172104261.1  2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2026, a true and correct copy of the foregoing has been electronically filed using the CM/ECF System, and that notice of this filing will be sent to all of the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David A. Campbell
Donald Slezak
GORDON REES SCULLY MANSUKHANI, LLP
127 Public Square, Suite 5130
Cleveland, OH 44114
dcampbell@grsm.com
dslezak@grsm.com
*Counsel for Co-Defendants Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, David A Campbell, III and Donald G. Slezak*

**And a copy of the foregoing was sent via electronic mail and regular U.S. mail to the following:**

Nicholas Krudy
P.O. Box 527
Novelty, OH 44072-0572
john@johnkoe.org
*Plaintiff Pro Se*

  */s/ Ryan K. Rubin*
Ryan K. Rubin (0077367)
LEWIS BRISBOIS BISGAARD & SMITH LLP

172104261.1  3