## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

NICHOLAS KRUDY,

      Plaintiff,

v.

UNIVERSITY HOSPITALS HEALTH
SYSTEM, INC., et al.,

      Defendants.

CASE NO.: 1:25-cv-02291-DAR

JUDGE: DAVID A. RUIZ

**DECLARATION OF RYAN K. RUBIN**

I, Ryan K. Rubin, being duly cautioned and sworn, hereby declares as follows:

1.     I am over the age of 18 and competent to testify on the matters and facts contained in this Declaration.

2.     I represent Defendant Lewis Brisbois Bisgaard & Smith LLP ("Defendant") in this lawsuit filed by Plaintiff Nicholas Krudy ("Plaintiff").

3.     Defendant filed its Counterclaim on October 30, 2025. [ECF No. 5].

4.     Plaintiff initially sought an extension of time to move or plead to Defendant's Counterclaim on November 21, 2025. [ECF No. 8].

5.     The motion was not ruled upon until February 9, 2026. [ECF No. 12]. The February 9, 2026 Order granted the following extension: "Plaintiff shall have 14 days from the Order date to file an Answer to the Counterclaims (R. 4)." [ECF No. 12, pg. 3]. Based on the Order, Plaintiff had until February 23, 2026 to move or plead to the Counterclaim. [ECF No. 12, pg. 3].

6.     As of February 27, 2026, Plaintiff has failed to answer the Counterclaim and he has not filed another motion for extension of time. [Docket].

7.     I reviewed the Docket on Pacer before signing this Declaration.

1

**EXHIBIT A**

8.      I am prepared to testify to the facts set forth in the Complaint and in this Declaration if the Court deems it necessary.

9.      This Declaration is based on my personal knowledge.

I have read the foregoing declaration and I affirm under penalty of perjury under the laws of Ohio and the United States of America that the foregoing is true and accurate to the best of my knowledge, information, and belief.


_____
Ryan K. Rubin

2/27/26
_____
Date

2