IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

MAR 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

NICHOLAS KRUDY,                                      )
                                                     )      CASE NO. 1:25-cv-02291
    Plaintiff / Counterclaim-Defendant               )
                                                     )      JUDGE DAVID A. RUIZ
v.                                                   )
                                                     )
UNIVERSITY HOSPITALS                                 )
HEALTH SYSTEM, INC., et al,                          )
                                                     )
    Defendants / Counterclaimants                    )

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS AND
FOR LEAVE TO FILE MOTION TO DISMISS INSTANTER**

Counterclaim-Defendant Nicholas Krudy respectfully moves this Court for an extension
of time to respond to the Counterclaims pursuant to Fed. R. Civ. P. 6(b)(1)(B), for leave to file
my Motion to Dismiss Counterclaims instanter, and in opposition to the pending Application for
Entry of Default (ECF No. 13), and in support states as follows:

1. On November 21, 2025, I appeared in person at the Clerk's office and filed a Motion for
   Extension of Time to Respond to Counterclaims (ECF No. 8) and a Motion for Leave to
   File Electronically (ECF No. 9). At that time, I confirmed with the Clerk that my address
   of record is PO Box 527, Novelty, OH 44072-0527. That is the sole address reflected in
   every filing I have made in this action, including the Complaint filed in state court (ECF
   No. 1-1), the Motion for Extension (ECF No. 8), and the Motion to File Electronically
   (ECF No. 9). It is the same address I requested the Clerk update the Court's records to
   reflect.

2. According to the Application for Entry of Default (ECF No. 13), the Court granted the
   Motion for Extension of Time on February 9, 2026 (ECF No. 12).

1

3.  I have not received the Clerk's service of the February 9 Order. I received notice of the Order and the responsive deadline from Counterclaimants' Application for Entry of Default (ECF No. 13). Per that document, the February 9 Order granted 14 days from the date of the Order to file an Answer to the Counterclaims, setting the deadline as February 23, 2026.

4.  Good cause exists for an extension of time under Rule 6(b)(1)(B). The failure to respond by February 23, 2026 was not willful. I did not receive the Order setting that deadline. Upon receiving notice via the Application for Entry of Default (ECF No. 13), I promptly revised and finalized my Motion to Dismiss and present it now. A motion under Rule 12(b) is a proper response to the Counterclaims in lieu of an answer. See Fed. R. Civ. P. 12(a)(4), (b). I have a meritorious Motion to Dismiss, as demonstrated in the accompanying Memorandum in Support, which establishes that the Counterclaims fail to state a recognized claim upon which relief can be granted and fail to plead a basis for this Court's jurisdiction.

5.  Counterclaimants University Hospitals and Lewis Brisbois suffer no prejudice from the brief delay. The Counterclaims seek declaratory and injunctive relief, but Counterclaimants have not moved for injunctive relief under Rule 65 or otherwise pursued the extraordinary remedies they demand. Allowing the Motion to Dismiss to be filed will facilitate prompt resolution of both Counterclaim pleadings.

For the foregoing reasons, I respectfully request that the Court grant an extension of time to respond to the Counterclaims, deem the accompanying Motion to Dismiss Counterclaims filed as of this date, deny the pending Application for Entry of Default (ECF No. 13), and grant such other relief as the Court deems just and proper.

Dated: March 10, 2026

Respectfully submitted,

Nicholas Krudy

PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Counterclaim Defendant, pro se

## CERTIFICATE OF SERVICE

I certify that on March 10, 2026, I presented the foregoing Motion for Extension of Time to Respond to Counterclaims and for Leave to File Motion to Dismiss Instanter to the Clerk of Court for filing by hand delivery. Upon filing, the Court's CM/ECF system will electronically serve all counsel of record who have appeared in this matter.

Nicholas Krudy