**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS KRUDY, | CASE NO.: 1:25-cv-02291-DAR |
| Plaintiff, | JUDGE: DAVID A. RUIZ |
| v. | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | **NOTICE OF JOINDER** |
| Defendants. | |

Now comes Defendant, Lewis Brisbois Bisgaard & Smith LLP, by and through undersigned counsel, and hereby joins and adopts the following:

1) Memorandum in Opposition of Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, David A. Campbell, III, and Donald G. Slezak to Plaintiff's Motion for Extension of Time to Respond to Counterclaims and for Leave to File Motion to Dismiss Instanter *(Doc. #: 19, filed March 24, 2026).*

Respectfully Submitted,

/s/  Ryan K. Rubin
Ryan K. Rubin (0077367)
Joseph M. Fiorello (0090436)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel. 216.344.9422 / Fax 216.344.9421
Ryan.Rubin@lewisbrisbois.com
Joseph.Fiorello@lewisbrisbois.com
*Counsel for Defendant Lewis Brisbois Bisgaard & Smith LLP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of March, 2026, a true and correct copy of the foregoing has been electronically filed using the CM/ECF System, and that notice of this filing will be sent to all of the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David A. Campbell
Donald Slezak
GORDON REES SCULLY MANSUKHANI, LLP
127 Public Square, Suite 5130
Cleveland, OH 44114
dcampbell@grsm.com
dslezak@grsm.com
*Counsel for Co-Defendants Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, David A Campbell, III and Donald G. Slezak*

**And a copy of the foregoing was sent via regular U.S. mail to the following:**

Nicholas Krudy
P.O. Box 527
Novelty, OH 44072-0572
*Plaintiff Pro Se*

 */s/ Ryan K. Rubin*
Ryan K. Rubin (0077367)
Joseph M. Fiorello (0090436)
LEWIS BRISBOIS BISGAARD & SMITH LLP