**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS KRUDY, | CASE NO.: 1:25-cv-02291-DAR |
| Plaintiff, | JUDGE: DAVID A. RUIZ |
| v. | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | **NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |
| Defendants. | |

Please take notice that Matthew A. Taub, Esq., of the law firm of Lewis, Brisbois, Bisgaard & Smith LLP enters his appearance in this action as counsel for Defendant, Lewis Brisbois Bisgaard & Smith LLP (hereinafter "Defendant"), and that Joseph M. Fiorello, Esq. provides this Court and the litigants of his notice of withdrawal as counsel of record for said Defendant and therefore, all notices, pleadings and any and all information relative to this case should be addressed to Ryan K. Rubin, Esq. and Matthew A. Taub, Esq.

It is further requested that Joseph M. Fiorello, Esq., only, is removed from future service and notices relating to this case.

Respectfully Submitted,

*/s/ Matthew A. Taub*
Ryan K. Rubin (0077367)
Matthew A. Taub (0105432)
Joseph M. Fiorello (0090436_
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel. 216.344.9422 / Fax 216.344.9421
Ryan.Rubin@lewisbrisbois.com
Matthew.Taub@lewisbrisbois.com
joseph.fiorello@lewisbrisbois.com
*Counsel for Defendant Lewis Brisbois Bisgaard & Smith LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2026, a true and correct copy of the foregoing has been electronically filed using the CM/ECF System, and that notice of this filing will be sent to all of the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David A. Campbell
Donald Slezak
GORDON REES SCULLY MANSUKHANI, LLP
127 Public Square, Suite 5130
Cleveland, OH 44114
dcampbell@grsm.com
dslezak@grsm.com
*Counsel for Co-Defendants Defendants University Hospitals Health System, Inc., University Hospitals Cleveland Medical Center, David A Campbell, III and Donald G. Slezak*

**And a copy of the foregoing was sent via regular U.S. mail to the following:**

Nicholas Krudy
P.O. Box 527
Novelty, OH 44072-0572
*Plaintiff Pro Se*

        */s/ Matthew A. Taub*
        Ryan K. Rubin (0077367)
        Matthew A. Taub (0105432)
        LEWIS BRISBOIS BISGAARD & SMITH LLP